(89 South. 837)

### ALDRIDGE v. STATE.    (6 Div. 853.)

(Court of Appeals of Alabama.    May 17, 1921.)

Criminal law ⬅1094 — Judgment affirmed in absence of bill of exceptions and error appearing in record.

Where no error appears in the record and where there is no bill of exceptions and the trial judge has certified that no bill of exceptions has been presented to him and that the time for presenting it has expired, the judgment must be affirmed.

Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

A. J. Aldridge was convicted of violating the prohibition law, and he appeals. Affirmed.

A. Lataday, of Birmingham, for appellant.

Brief of counsel did not reach the Reporter.

Harwell G Davis, Atty. Gen., for the State.

Brief of counsel did not reach the Reporter.

BRICKEN, P. J. This appeal is upon the record proper. No bill of exceptions appears, and the trial judge certifies to this court that no bill of exceptions has been presented to him in this cause, and that the time for presenting same has expired. No error appears in the record. The defendant was convicted for the offense of violating the prohibition law. The cause was tried by the court without a jury, no jury trial having been demanded. The court assessed a fine of $500 against the defendant, after having adjudged him guilty, and this being within the terms of the statute, it follows that the judgment of the lower court must be affirmed.

Affirmed.

---

⬅For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes